IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHERYL K. DANYLCHUK | § |
| | § |
| VS. | §   CIVIL ACTION NO.4:04-CV-931-Y |
| | § |
| JO ANNE B. BARNHART, COMMISSIONER | § |
| OF SOCIAL SECURITY | § |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 25, 2005, the United States magistrate judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the commissioner of the Social Security Administration of the United States ("the commissioner") denying Plaintiff's claims for disability insurance benefits and supplemental security income be affirmed. The magistrate judge's order gave all parties until November 15 to serve and file with the Court written objections to his proposed findings.

The plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge and remand the case to the commissioner. The commissioner did not file a response.

After reviewing the findings, record, case law, and Plaintiff's objections, the Court finds that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, it is ORDERED that the commissioner's decision is AFFIRMED.

SIGNED March 24, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah